IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
           Petitioner,  )
                      )
    v.  )
                      )
CANDACE L. JACOBY,  )  **ORDER TO SHOW CAUSE**
                      )  **TO <u>CANDACE L. JACOBY</u>**
           Respondent.  )

       Upon the petition of the United States, and the declaration and summonses attached thereto, it is hereby

       ORDERED that Respondent, <u>Candace L. Jacoby</u>, appear before the District Court of the United States for the District of Nevada in the Courtroom thereof presided over by the Honorable <u>Robert A. McQuaid, Jr.</u>, the undersigned, in the Bruce R. Thompson United States Courthouse and Federal Building, 400 South Virginia Street, Reno, Nevada on the <u>21st</u> day of <u>April</u>, 2011, at <u>9:00 am, Crt. #2</u>, to show cause why the Respondent Candace L. Jacoby should not be compelled to comply with the three Internal Revenue Service summonses served on Respondent Candace L. Jacoby on November 24, 2009. It is further

       ORDERED that a copy of this Order, together with the Petition and Exhibits thereto, be served in accordance with Rule 4(e), Fed.R.Civ.P., on Candace L. Jacoby within thirty (30) days of the date of this Order. Pursuant to Rule 4.1(a), Fed.R.Civ.P., the Court hereby appoints Revenue Officer Michael Franck or any other IRS officer designated by him to effect service in this action. It is further

       ORDERED that if the Respondent Candace L. Jacoby has any responses or defenses to present or motions to make in opposition to the Petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on counsel for the United States at least ten (10) business days prior to the date of the show cause hearing. Only those issues raised

by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the Petition shall be deemed admitted; and further

ORDERED that if Respondent Candace L. Jacoby has no objection to enforcement of and compliance with the summonses, Respondent Candace L. Jacoby may, at least five (5) business days prior to the date of the show cause hearing, so notify the clerk of this Court, in writing, with copies of such notification to counsel for the United States. Respondent Candace L. Jacoby's appearance at the hearing will then be excused.

Respondent Candace L. Jacoby is hereby notified that a failure to comply with this Order may subject him to sanctions for contempt of court.

Dated this  31st  day of  March , 2011.

_____
UNITED STATES MAGISTRATE JUDGE